EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DOUGLAS P. DANZIG
Deputy Attorney General
State Bar No. 153048
  110 West A Street, Suite 1100
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 645-2285
  Fax: (619) 645-2271
  E-mail: Doug.Danzig@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN CHARLES COLE,**<br><br>                  Petitioner,<br><br>  v.<br><br>**MATTHEW CATES, Secretary, et al.,**<br><br>                  Respondent. | 09cv0653-IEG (WVG)<br><br>**NOTICE OF LODGMENT** |

Pursuant to this Court's Order dated May 18, 2009, Respondent requests the following records be lodged with the Court:

1. A copy of the Clerk's Transcript from Petitioner's direct appeal in state court, California Court of Appeal case number D047095.

2. A copy of the California court of Appeal's opinion in case number D047095, published at 156 Cal.App.4th 452 (2007).

3. A copy of the Petition for Review that Petitioner filed with the California Supreme Court, case number S158600.

4. A copy of the Docket Sheet in California Supreme Court case number S158600, taken from the Court's website.

5. A copy of the Reporter's Transcript from Petitioner's direct appeal in state court, California Court of Appeal case number D047095.[1]

6. A copy of the Augmented Reporter's Transcript from Petitioner's direct appeal in state court, California Court of Appeal case number D047095.

7. A copy of the Appellant's Opening Brief from Petitioner's direct appeal in state court, California Court of Appeal case number D047095.

8. A copy of the Respondent's Brief from Petitioner's direct appeal in state court, California Court of Appeal case number D047095.

9. A copy of the Appellant's Reply Brief from Petitioner's direct appeal in state court, California Court of Appeal case number D047095.

Dated: November 9, 2009

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General

/s/ Douglas P. Danzig

DOUGLAS P. DANZIG
Deputy Attorney General
*Attorneys for Respondent*

DPD:dp
SD2009701876
70229490.doc

---

[1] Respondent's copy of the record of Petitioner's direct appeal in state court does not include Volume III of the Reporter's Transcript. Therefore, Respondent has not provided this Court with a copy of that volume.

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Kevin Charles Cole v. Matthew Cates, Secretary, et al.**

No.:   **09cv0653-IEG (WVG)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On November 9, 2009, I served the attached **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Kevin C. Cole
V-92585
La Palma Correctional Center
5501 N. La Palma Road
Eloy, AZ  85231

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 9, 2009, at San Diego, California.

|  |  |
|---|---|
| D. Perez | *(signature)* |
| Declarant | Signature |

SD2009701876
70229492.doc